# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DELIO MARMOL,

    Plaintiff,

v.                                              Case No: 8:15-cv-1276-T-30TGW

ST. JUDE MEDICAL, INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS COURT entered an order on September 24, 2015, dismissing Plaintiff's amended complaint and providing him fourteen days to file a second amended complaint, if he could do so in good faith consistent with his Rule 11 obligations. (Doc. 19). Plaintiff was warned that this case would be closed without further notice should he fail to timely file a second amended complaint. As of October 14, 2015, well past the fourteen-day deadline, Plaintiff has not filed a second amended complaint. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

2

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of October, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2015\15-cv-1276 dismissal.docx

2